1905.) Action by Josephine Bean against the New York Edison Company. D. Serier, for appellant. C. I. Taylor, for respondent. No opinion. Determination affirmed, with costs.

BEAN v. NEW YORK EDISON CO. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by Josephine Bean against the New York Edison Company. No opinion. Motion denied, with $10 costs.

BEARDSLEY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by Edmond Beardsley against the city of New York. No opinion. Motion denied.

BEARDSWORTH, Appellant, v. WHITEHEAD, Respondent. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Lillie Beardsworth, individually, against John L. Whitehead, individually. J. E. Pendleton, for appellant. J. Eisner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BECK, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division. First Department. January 12, 1906.) Action by Jacob Beck against the Manhattan Railway Company. S. Babcock, for appellant. M. P. Lynch, for respondent. No opinion. Judgment and order affirmed, with costs.

BECKER, Respondent, v. SEGGIE, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Louis Becker against William Seggie. W. L. Mathot, for appellant. J. E. Roeser, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BEDELL, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Elmer V. Bedell against the city of New York. C. L. Hoffman, for appellant. T. Connoly for respondent.

PER CURIAM. Judgment affirmed, with costs.

CLARKE, J., dissents.

BENDER, Appellant, v. PAULUS, et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) Action by Catherine Bender against Philipp Paulus and another. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

BENDT, Respondent, v. BENDT, appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Catherine Bendt against Mary E. Bendt, as administratrix of May A. Brockwell, deceased. No opinion. Judgment of the Municipal Court affirmed, with costs.

BENGSTON, Respondent, v. SWANSTON, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.)

Action by Mathilda A. Bengston against Daniel Swanston. No opinion. Judgment of the Municipal Court modified by striking out the provision allowing the $10 costs, and, as modified, affirmed without cost.

    (110 App. Div. 915)

BERGER, Appellant, v. WALDBAUM et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by Morris Berger against Annie Waldbaum and Annie Malzman. No opinion. Judgment affirmed, with costs, upon the opinion of Mr. Justice Maddox at Trial Term, 93 N. Y. Supp. 352.

BERKOWITZ, Appellant, v. CHICAGO, M. & ST. P. RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by David Berkowitz against the Chicago, Milwaukee & St. Paul Railway Company and the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument as to the respondent the New York Central & Hudson River Railroad Company granted, and case set down for Tuesday, February 27, 1906.

BERRY, Respondent, v. FRENCH, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by Watson B. Berry against David A. French. No opinion. Judgment and orders unanimously affirmed, with costs.

BIRD v. GROUT, Comptroller, et al., (Supreme Court, Appellate Division, Second Department. November 29, 1905.) Action by William E. Bird, Jr., against Edward M. Grout, as Comptroller, etc., and Benjamin May. No opinion. Motion granted.

BLANSETT, Appellant, v. DUFFY, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Charles T. Blansett against Walter B. Duffy. No opinion. Judgment affirmed, with costs.

BLOOM, Respondent, v. HAMMER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) Action by Julius Bloom against Paul Hammer, Isaac Levin, Simon Levin, Bernard Mosseson, and Solomon Levin, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

    (111 App. Div. 922)

BLUM, Appellant, v. WHITNEY et al., Respondents. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Appeal from Special Term, New York County. Action by Edwin Blum against Harry Payne Whitney, as executor, etc., and others. From an interlocutory judgment sustaining demurrers to the third amended complaint, plaintiff appeals. Affirmed. Wm. M. Bennett, for appellant. Courtland V. Anable, for respondents Whitney and others. John R. Dos Passos, for respondents Rice and others.

PER CURIAM. We are all of the opinion that the case of Hutchinson v. Simpson, 92